UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-22599-CIV-JORDAN

MERCEDES OLIVAS,            )
                            )
        Plaintiffs          )
                            )
vs.                         )
                            )
A LITTLE HAVANA CHECK CASH, INC., )
et. al.                     )
                            )
        Defendants          )

**ORDER AWARDING FEES AND COSTS**

Upon *de novo* review, Magistrate Judge Torres' report and recommendation granting in part and denying in part Ms. Olivas' motion for fees and costs [D.E. 160], which is before me without objections, is ratified and adopted in its entirety.

Plaintiff Mercedes Olivas is awarded the amount of $61,952.05 in fees and costs against A Little Havana Check Cash, Inc. and Francisco P. Rodriguez, jointly and severally, for which let execution issue.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record