UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-22599-CIV-MCALILEY
CASE No.: 06-21942-CIV-MCALILEY
(CONSENT CASES)

MERCEDES OLIVAS,

     Plaintiff,

v.

A LITTLE HAVANA CHECK CASH,
INC., FRANCISCO P. RODRIGUEZ and
SARA E. RODRIGUEZ,

     Defendants.

_____/

## SECOND AMENDED FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Mercedes Olivas c/o J.H. Zidell, P.A. Client Trust Account, and against A Little Havana Check Cash, Inc., Francisco P. Rodriguez and Sara E. Rodriguez, jointly and severally, in the amount of $134,328.05, which includes liquidated damages and attorneys' fees and costs pursuant to 29 U.S.C. 216(b) for which let execution issue.

This final judgment, which supercedes the previous final judgments entered in this action, shall accrue post judgment interest at the rate set by 29 U.S.C. § 1961 as follows:

1.    On $47,376.00 as wages and liquidated damages as of November 30, 2007, pursuant to DE 133 in case 05-22599.

2.    On $25,000.00 as of November 30, 2007, pursuant to DE 19 in case 06-21942.

3.     On $61,952.05 as of July 15, 2008, for attorneys' fees and costs pursuant to D.E. 184 in case 05-22599.

Pursuant to Local Rule 7.3 and DE 204 in case 05-22599, this Court reserves jurisdiction to determine reasonable fees and costs for the appeal and continued litigation of this case.

This case is CLOSED and any pending motions are DENIED AS MOOT.

Done and Ordered in chambers in Miami, Florida, this 27th day of April 2010.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record